# ATTACHMENT 1

## COMPLAINT FORM
(for non-prisoner filers without lawyers)

FILED - USDC - FLMD - OCA
OCT 11 2023 PM 2:07

IN THE UNITED STATES DISTRICT COURT
FOR THE __MIDDLE__ DISTRICT OF __FLORIDA__

(Full name of plaintiff(s))

__VINSTON A. LARRIMORE__

vs

(Full name of defendant(s))

__U.S. GOVERNMENT__

Case Number:

__5:23-CV-610-BJD-PRL__
(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __FLORIDA__ and resides at
(State)

__17736 SW 39th Ct, Ocala FL, 34473__
(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.   Defendant _____
                                                                                  (Name)

is (if a person or private corporation) a citizen of ___UNITED STATES___
                                                                                  (State, if known)

and (if a person) resides at _____
                                                                                  (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___GOVERNMENT_____
                                                                                  (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

THE DEPARTMENT OF HOMELAND SECURITY, AND OTHER GOVERNMENT AGENCIES, THAT HAS EXCESS TO MILITARY WEAPONS (DIRECTED ENERGY WEAPON) SAME WEAPON THAT CREATES THE EFFECTS OF (HAVANNA SYNDROME), BRAIN INJURY. THEY PATICIPATED BY ACTS/PROXY, TRAINING CITIZEN TO CARRY OUT ASSAULT WITH USE OF SATELITE, DRONES AND CELL TOWERS. (THERE IS THE POSSIBILITY THAT I HAVE BEEN INSEMINATE WITH (NANOBITE) WHICH ALLOWS THE PERPETRATORS TO PIN POINT THEIR ASSAULT ON MY BODY.

ON GOING ASSAULT WHICH STARTED IN THE MILITARY WHILE LIVING OF BASE IN GERMANY, WAS MY FIRST ENCOUNTER WITH THAT WEAPON YEAR (1980) THE HARASSMENT CONTINUED TO CIVILIAN LIFE. (HONORABLE DISCHARGED 1984) THE STALKING STARTED WITH MULTIPLE VEHICLE ACCIDENT, IN THE SAME CAR. AND THE EFFECTS I FELT FROM (DIRECTED ENERGY) IN THE MILITARY (1980) STARTED AGAIN. THERE WERE MORE ACCIDENTS, ALL WERE NOT CAUSED BY ME, SOME WERE CAUSE BY THE EFFECT OF (DIRECT ENERY) I LOST A TRUCK DRIVING JOB OF 7 YEARS DUE TO GANG STALKING AND CONSTANT SURVEILLANCE. (I HAVE RECORDED A MAJORITY OF THE ASSAULTS AS MY (ELECTRO MAGNETIC RADIATION) METER. SHOWED PROOF OF THE (LASER/RAY) I HAVE MADE MANY 911 CALL FROM THE STATE THAT THE ASSAULT TOOK PLACE. I HAVE COMPLAINED TO OSHA, DOJ, FBI, ATTORNEY GENERAL AND LOCAL LAW ENFORCEMENT. FOR INSTANCE IN GEORGIA LAW ENFORCEMENT STATED TO ME THAT THEY DO NOT KNOW ANYTHING OF SUCH WEAPON. THROUGH MY RESEARCH THEY ARE USING THE (PATRIOT ACT) TO CONTINUE TO HARASS, THREATEN AND INTIMIDATE ME. THE COMMUNITIES ARE INFORMED, BECAUSE THEY CONTINUE TO TAUNT ME

AFTER THEY HAVE ASSAULTED ME WITH THE WEAPON (DIRECTED ENERG WEAPON) BY MOTIONING TO THEIR HEAD WITH THEIR HAND; FOR THE ASSAULT EFFECT MY BRAIN, I sought MEDICAl Help FROM THE V.A. BUT I GUESS THEY COULD ONLY DO SO MUCH, WITH A WEAPON THAT DOES NOT LEAVE A SCAR, (PRESIDENT BIDEN PASSED A BIll, WHICH ONLY GAVE MEDICAl RELIEF TO FEDERAl EMPLOYEE, WITH NO RELIEF FOR THE BLUE COLLAR WORKER OR REGULAR CITIZER) FOR THEIR BELIEVE THAT IT'S A FORGIEN ENEMY. BUT THAT WEAPON IS BEING BUILTED IN THE U.S. FOR THE MILITARY TO BE USED FOR ANY KIND OF UP RISING OR RIOTS. MY EMPLOYMENT AS A TRUCK DRIVER HAS BEEN IN JEOPARDY BECAUSE OF THE ASSAULTS. I COMPLAINED TO (OSHA) THEY CLAIMED NO JURISDICTION BUT TO BE HIT WHILE DRIVING IS THE SAME EFFECT AS A (DUI) AND WHEN THERE IS SOME KIND OF AN INFLUENCE IS QUESTIONABLE A PISS TEST IS ORDERED. I Lost MY Job (MAY 8TH 2023) DUE TO THE EFFECTS OF THESE ASSAULTS.

IT EFFECTED MY JUDGEMENT WHILE DRIVING MIS MANAGE ON MY (HOUR OF SERVICE clock).
I AM STILL SEEKING HELP FOR THESE Assault.
I DO HAVE DASH CAM VIDEO'S & HOME VIDEO'S REASON FOR THESE ASSAULTS I DO NOT KNOW (IN 1987 I WAS ATTACKED WHILE WALKING TO THE BUS STOP IN TAMPA, FIRST 2 ATTEMPTS TO RUN ME OVER WITH HIS CAR, THEN HE JUMPS OUT WITH AN IRON PIPE SWING AT ME, IN TAKING THE PIPE AWAY AND WRESTLING HIM TO THE GROUND MY HAND GOT LACERATED BETWEEN THE FINGERS. LOCAL LAW ENFORCEMENT ARRIVED. NO ONE ARRESTED, AFTER COURT, I WAS ARREST WITH IN A FEW MONTHS. (AND CHARGED WITH BATTERY) THE NIGHT BEFORE THAT ASSAULT MY CAR WAS TOTALED BY A GUY THAT RAN THE STOP SIGN. (I WAS TOTALLY BEAT UP THAT MORNING I WAS ASSAULTED) NOW I AM A VICTIM OF DOMESTIC TERRORISM... GANG STALKING, AND CONSTANT SURVEILLANCE WITH VIRTUAL IMPRISONMENT, SATELLITE 3D IMAGE BY WAY OF METAVERSE.

C. **JURISDICTION**

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. **RELIEF WANTED**

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

FOR ONE WOULD BE TO STOP THIS INHUMAN PRACTICE, WITH THESE MILITARY WEAPONS, AND TO ARREST AND CHARGE THE PERSON OR PERSONS RESPONSIBLE AND MADE MONEY FROM THE GOVERNMENT CONTRATS. (FOR THESE CAN EASLY BE WAR CRIMES, UNDER THE GENEVA CONVENTION)

I ASK THE COURT TO ALLOW ME TO CONSULT WITH A LAWYER TO SUM UP COMPENSATION FOR BEING TORTURED THESE MANY YEARS AND BEING AN EXPERIMENT. (INVOLUNTARILY)

E.  **JURY DEMAND**

☐ Jury Demand – I want a jury to hear my case
OR
☑ Court Trial – I want a judge to hear my case

Dated this 3rd day of OCTOBER 20 23.

Respectfully Submitted,

*Vinston A. Larrimore*
Signature of Plaintiff

352-644-1143
Plaintiff's Telephone Number

LARRIMORE14@AOL.COM
Plaintiff's Email Address

17736 SW 39th Ct

OCALA, FL 34473
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.